IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID JENSEN, and KIMBERLY JENSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR COMPANY, MIDDLEBY CORPORATION, RSM ACQUISITION, LLC, and TRI-CITY FOODS,<br><br>Defendants. | **4:20CV3113**<br><br>**ORDER** |

IT IS ORDERED:

1) The deadline for serving initial mandatory disclosures under Rule 26(a)(1) is April 5, 2021.

2) A planning conference to discuss case progression will be held with the undersigned magistrate judge on April 13, 2021 at 9:00 a.m. by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (See Filing No. 44).

Dated this 22nd day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge