IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID MR. JENSEN and KIMBERLY MR. JENSEN, <br><br> Plaintiffs, <br><br> v. <br><br> TAYLOR COMPANY, MIDDLEBY CORPORATION, WARING COMMERCIAL and RSM ACQUISITION, LLC d/b/a RSM SERVICE GROUP, <br><br> Defendants <br><br> v. <br><br> TRI-CITY FOODS, INC., <br><br> Defendant. | Case No.: 4:20-CV-03113 <br><br> **NOTICE OF SERVING REQUESTS FOR ADMISSIONS** |

COMES NOW the Defendant, RSM Acquisition, LLC d/b/a RSM Service Group, by and through its attorneys of record, and hereby gives notice that Defendant RSM's Requests for Admissions were served upon Plaintiffs' counsel by email on this 8th day of February, 2022.

                                                       RSM ACQUISITION, LLC d/b/a
                                                       RSM SERVICE GROUP,
                                                       Defendant

By:    */s/Michael T. Gibbons*
           Michael T. Gibbons, #21236
           Woodke & Gibbons, PC, LLO
           619 N. 90th Street
           Omaha, NE 68114
           Phone: (402) 391-6000
           Fax: (402) 391-6200
           mgibbons@woglaw.com
           ***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

      It is hereby certified that a copy of the above and foregoing document was emailed to the below listed attorneys on the 8th day of February, 2022:

Michael F. Scahill
Cassem Tierney Adams Gotch & Douglas
9290 West Dodge Road, Suite 302
Omaha, NE 68114-3320
mscahill@ctagd.com

Corey L. Stull
Christa Binstock Israel
575 Fallbrook Blvd., Sute206
Lincoln, NE 68521
cstull@atwoodlawyers.com
cisrael@atwoodlawyers.com

                        */s/Michael T. Gibbons*