IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID JENSEN, and KIMBERLY JENSEN,<br><br>   Plaintiffs,<br><br>vs.<br><br>RSM ACQUISITION, LLC, and TRI-CITY FOODS,<br><br>   Defendants. | 4:20CV3113<br><br>**ORDER** |

  A hearing was held on Plaintiffs' motion to compel, (Filing No. 97). For the reasons stated on the record, (Filing No. 98, (audio file)),

  IT IS ORDERED that:

  1) The rulings on Plaintiffs' written discovery are stated on the record.

  2) As to RSM's Rule 35 motion for examination, RSM's brief shall be filed on or before August 12, 2022, Plaintiffs' response shall be filed 14 days after RSM's brief is filed, and no reply shall be filed absent leave of the court for good cause shown.

  August 1, 2022.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge