IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID JENSEN, and KIMBERLY JENSEN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>RSM ACQUISITION, LLC, and TRI-CITY FOODS,<br><br>        Defendants. | **4:20CV3113**<br><br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) The parties are ordered to participate in a settlement conference before the undersigned magistrate judge in late-August or September 2023. Potential dates have been provided by chambers.

2) Upon the parties' showing of good cause, the joint motion to amend the final progression order is granted, in part. (Filing No. 148). The unexpired deadlines, including the deposition deadline, and the deadlines for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds are stayed and will be reset, as needed, if the case is not resolved during the settlement conference. The parties are advised that although the deadlines are stayed, the parties should diligently pursue any discovery or depositions necessary for the parties' meaningful participation in the settlement conference.

3) The parties are granted leave to serve a subpoena out of time to identify the work location of the witness discussed during the conference call.

Dated this 19th day of July, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge